**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 26-6353

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

SARAH LYNN BERRY,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Abingdon.  James P. Jones, Senior District Judge.  (1:15-cr-00034-JPJ-3)

Submitted:  July 23, 2026                           Decided:  July 28, 2026

Before WYNN and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Sarah Lynn Berry, Appellant Pro Se.  Jennifer R. Bockhorst, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Abingdon, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sarah Lynn Berry appeals the district court's orders denying her Fed. R. Crim. P. 36 motion to correct a clerical error in a criminal judgment and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *United States v. Berry*, No. 1:15-cr-00034-JPJ-3 (W.D. Va. Dec. 1, 2025; Jan. 5, 2026). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*